Timothy D. Ducar (015037)
**LORONA STEINER DUCAR LTD.**
3003 North Central Avenue, Suite 1500
Phoenix, Arizona 85012-2909
Telephone: (602) 277-3000
Facsimile: (602) 277-7478
tducar@azlawyers.com

*Attorneys for Defendant Arizona Health Care Costs Containment System*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT LUNDERGAN, et al., </br></br>  Plaintiffs, </br></br> -vs- </br></br> STATE OF ARIZONA; ARIZONA DEPARTMENT OF ECONOMIC SECURITY, a political subdivision; ARIZONA HEALTH CARE COST CONTAINMENT SYSTEM ADMINISTRATION, a political subdivision, </br></br>  Defendants. | No.  **10-CV-1211-PHX-GMS** </br></br> **NOTICE OF APPEARANCE** </br></br> **(The Honorable G. Murray Snow)** |

Timothy D. Ducar of the law firm Lorona Steiner Ducar, Ltd., provides notice of its representation of Defendant Arizona Health Care Costs Containment in the above-captioned matter.

DATED this 28th day of June, 2010.

**LORONA STEINER DUCAR LTD.**


By /s/ Timothy D. Ducar
    Timothy D. Ducar
    3003 N. Central Ave., Suite 1500
    Phoenix, Arizona 85012
    Attorneys for Plaintiff

-1-

## CERTIFICATE OF MAILING

I hereby certify that on June 28, 2010, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will mail all notifications of such filing to all non-CM/ECF system participants.

Robert M. Gregory
Law Offices of Robert M. Gregory
1930 S. Alma School Road, Suite A-115
Mesa, Arizona 85210
Attorneys for Plaintiffs

Diana Theos
Office of the Attorney General
1275 W. Washington
Phoenix, Arizona 85007

                                          */s/Jessica A. Montes*